WHITE O'CONNOR FINK & BRENNER LLP
  Andrew M. White (STATE BAR NO. 60181)
  Edward E. Weiman (STATE BAR NO. 193290)
  Hajir Ardebili (STATE BAR NO. 224624)
  Erin H. Fox (STATE BAR NO. 245633)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
awhite@whiteo.com
eweiman@whiteo.com
hardebili@whiteo.com
efox@whiteo.com

Attorneys for Plaintiff DIC I Corporation
d/b/a DIC Entertainment Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIC I CORPORATION, a Delaware corporation d/b/a DIC ENTERTAINMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TROLL COMPANY A/S, a Denmark corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. CV 07-6907-VBF (JCx)<br><br>**DECLARATION OF ERIN H. FOX IN SUPPORT OF *EX PARTE* APPLICATION OF PLAINTIFF DIC I CORPORATION FOR ORDER RE: MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTY MILLER, KAPLAN, ARASE, & CO., LLP**<br><br>*[Notice of Application and Application, Memorandum of Points and Authorities, and [Proposed] Order filed concurrently herewith]*<br><br>**DISCOVERY MATTER**<br><br>**Hon. Jacqueline Chooljian (U.S. Magistrate Judge)**<br><br>Discovery Cut-off: February 17, 2009<br>Pretrial Conference: March 23, 2009<br>Trial Date: April 7, 2009 |

235357.1.doc

DECLARATION OF ERIN H. FOX

# DECLARATION OF ERIN H. FOX

I, Erin H. Fox, declare as follows:

1. I am an attorney duly admitted to practice before all courts in the State of California and an associate of White O'Connor Fink & Brenner LLP, attorneys of record for Plaintiff DIC I Corporation d/b/a DIC Entertainment Corporation ("DIC") in this action filed against Defendant Troll Company A/S ("Troll Company"). I submit this declaration in support of DIC's ex parte application ("Application") for an order on DIC's motion to compel production of documents by third party Miller, Kaplan, Arase & Co., LLP. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Pursuant to the Arbitrator's Order of December 9, 2008, the hearing in the pending arbitration proceedings between DIC and Troll Company ("Arbitration") before the American Arbitration Association (AAA Case No. 50 180 T 00315 07) is set to commence on January 8, 2009.

3. Pursuant to the Arbitrator's Order of September 24, 2008, as of November 4, 2008, the Arbitration hearing was scheduled to the commence on December 1, 2008.

4. Attached hereto as Exhibit A, and incorporated herein by this reference, is a true and correct copy of an e-mail dated January 5, 2009, 3:49 p.m., which was sent by Edward E. Weiman to Amy Duncan, Arbitrator Stephen Strick, and Mr. Strick's assistant Heather Watson.

5. Attached hereto as Exhibit B, and incorporated herein by this reference, is a true and correct copy of an e-mail chain dated January 5, 2009 between Edward E. Weiman and Arbitrator Stephen Strick.

6. Attached hereto as Exhibit C, and incorporated herein by this reference, is a true and correct copy of my letter to Amy Duncan dated January 6, 2009,

235357.1.doc

1

DECLARATION OF ERIN H. FOX

1  wherein I inform Ms. Duncan of the date, time and substance of DIC's Application.
2  I am informed and believe that my colleague, Hajir Ardebili, also provided to Ms.
3  Duncan all of the information contained in my letter during a telephone conversation
4  on January 6, 2009, and that Ms. Duncan advised Mr. Ardebili that Troll Company
5  did not intend to oppose the Application.

6      I declare under penalty of perjury under the laws of California and the United
7  States that the foregoing is true and correct.  Executed on this date, January 7, 2009
8  at Los Angeles, California.

*[signature]*
Erin H. Fox

**EXHIBIT**

# EXHIBIT A

### Hajir Ardebili

**From:** Edward E. Weiman
**Sent:** Monday, January 05, 2009 3:48 PM
**To:** 'Amy Duncan'; Stephen Strick; Heather J. J. Watson
**Cc:** Govinda Jayasinghe; Patricia Glaser; 'Jay S. Handlin'; Joie Gallo; Andrew M. White; Hajir Ardebili
**Subject:** RE: Troll Company A/S v. DIC I Corporation: Privileged communications with Miller Kaplan

Dear Mr. Strick:

We understood the statements by Troll Company's counsel on our call last Friday to mean that they might be asserting the privilege over communications with Miller Kaplan <u>other</u> than the documents already at issue before the magistrate in the federal action. Indeed, counsel for both parties and the Arbitrator expressly agreed <u>not</u> to present the same documents to Mr. Sussman that are now currently before the magistrate in the federal action. Ms. Duncan has not only done so, but has provided Mr. Sussman with the brief provided to the magistrate.

In response, we can either provide Mr. Sussman with our brief on the issue, or Ms. Duncan can withdraw the documents that were improperly provided to Master (leaving only the documents not presently before the magistrate). If you would, please let us know how we should proceed.

Respectfully,

Edward E. Weiman
Partner, White O'Connor Fink & Brenner LLP
Telephone: 310.712.6177
Facsimile: 310.712.6199

10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, CA 90067

**From:** Amy Duncan [mailto:aduncan@glaserweil.com]
**Sent:** Monday, January 05, 2009 3:07 PM
**To:** Stephen Strick; Heather J. J. Watson
**Cc:** Govinda Jayasinghe; Patricia Glaser; 'Jay S. Handlin'; Joie Gallo; Edward E. Weiman; Andrew M. White; Hajir Ardebili
**Subject:** FW: Troll Company A/S v. DIC I Corporation: Privileged communications with Miller Kaplan

Mr. Strick,

Please see my email to the Discovery Master below.

### Amy Duncan| Glaser, Weil, Fink, Jacobs & Shapiro LLP
10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067
main: (310) 553-3000 | direct: (310) 282-6207 | fax: (310) 556-2920| aduncan@glaserweil.com

This message and any attached documents may contain information from the law firm of Glaser, Weil, Fink, Jacobs & Shapiro, LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Amy Duncan
**Sent:** Monday, January 05, 2009 2:58 PM
**To:** 'Jerome J. Sussman'
**Cc:** Patricia Glaser; Jay S. Handlin; Joie Gallo
**Subject:** Troll Company A/S v. DIC I Corporation: Privileged communications with Miller Kaplan

1/6/2009

Exhibit "A"; Page 3

Mr. Sussman,

Another issue has arisen with regard to communications between Troll Company and Miller Kaplan. Because Miller Kaplan was originally retained as Troll Company's consultant in anticipation of litigation, Troll Company has withheld certain communications as privileged. These communications have nothing to do with the expert testimony for which Charles Schnaid was subsequently designated, namely, whether Miller Kaplan followed the practice in the industry in preparing its report. The Arbitrator has ordered Troll Company to provide these communications to you for a determination of privilege. Copies of these documents, withheld by Miller Kaplan, are the subject of DIC's pending motion to compel in the parallel federal lawsuit between the parties. For your convenience, I have attached our brief in opposition explaining Troll Company's position.

**Amy Duncan| Glaser, Weil, Fink, Jacobs & Shapiro LLP**
10250 Constellation Boulevard, 19th Floor, Los Angeles, California  90067
main: (310) 553-3000 | direct: (310) 282-6207 | fax: (310) 556-2920| aduncan@glaserweil.com

This message and any attached documents may contain information from the law firm of Glaser, Weil, Fink, Jacobs & Shapiro, LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

1/6/2009

**Exhibit "A"; Page 4**

EXHIBIT

# EXHIBIT B

## Hajir Ardebili

**From:** Edward E. Weiman
**Sent:** Monday, January 05, 2009 9:37 PM
**To:** 'Stephen Strick'
**Cc:** Amy Duncan; Govinda Jayasinghe; Patricia Glaser; Jay S. Handlin; Joie Gallo; Andrew M. White; Hajir Ardebili
**Subject:** RE: Troll Company A/S v. DIC I Corporation: Privileged communications with Miller Kaplan

Thank you, Mr. Strick. We will try the magistrate's clerk tomorrow.

Regards.

Edward E. Weiman
Partner, White O'Connor Fink & Brenner LLP
Telephone: 310.712.6177
Facsimile: 310.712.6199

10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, CA 90067

---

**From:** Stephen Strick [mailto:sstrick@arbitratemediate.com]
**Sent:** Monday, January 05, 2009 4:31 PM
**To:** Edward E. Weiman
**Cc:** Amy Duncan; Govinda Jayasinghe; Patricia Glaser; Jay S. Handlin; Joie Gallo; Andrew M. White; Hajir Ardebili; Stephen Strick
**Subject:** Re: Troll Company A/S v. DIC I Corporation: Privileged communications with Miller Kaplan

Dear Mr. Weiman:

I suggest you seek approval from the Magistrate on an expedited basis. Counsel for Troll should identify for Mr. Sussman the documents that are not before the Magistrate so that he may begin his review. Mr. Sussman is requested to refrain from viewing the documents that are before the Magistrate until you advise me and him that the Magistrate has issued approval following which you may submit your brief.

Sincerely,

Stephen S. Strick, Arbitrator
323.692.7400
213.278.2200

EXHIBIT

# EXHIBIT C

# WHITE O'CONNOR FINK & BRENNER LLP

ATTORNEYS AT LAW

10100 SANTA MONICA BOULEVARD
TWENTY-THIRD FLOOR
LOS ANGELES, CALIFORNIA 90067-4008
TELEPHONE (310) 712-6100
FACSIMILE (310) 712-6199

January 6, 2009

ERIN H. FOX
310.712.6157
efox@whiteo.com

**_Via E-Mail, Facsimile and U.S. Mail_**

Amy Duncan
Glaser, Weil, Fink, Jacobs, & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067

Re:   *DIC Entertainment Corporation v. Troll Company A/S*
      AAA Case No. 50 180 T 0031507
      USDC Case No. CV07-6907 VBF (JCx)

Dear Amy:

We write to notify you, pursuant to Local Rule 7-19, that, in accordance with the Arbitrator's directive of yesterday afternoon, DIC will file an *ex parte* application with the federal Magistrate today, seeking either (a) an expedited ruling on DIC's motion to compel that is currently pending before the Magistrate; or (b) an order deferring to the Discovery Master the issue of whether communications and/or documents transmitted between Troll Company and Miller Kaplan have been properly withheld by Troll Company on grounds of attorney-client privilege and/or work product.

Given the Arbitrator's directive, we assume that Troll Company will not oppose DIC's *ex parte* application. Nevertheless, we request that you advise us immediately, pursuant to Local Rule 7-19.1, whether Troll Company intends to oppose DIC's application, so that we may indicate Troll Company's position in our *ex parte* papers. Thank you in advance for your professional courtesy and cooperation in this regard.

Very truly yours,

Erin H. Fox
of **WHITE O'CONNOR FINK & BRENNER** LLP

cc:   Patricia L. Glaser
      Jay S. Handlin
      Joie M. Gallo

235320.1.doc

Exhibit C, Page 6