WHITE O'CONNOR FINK & BRENNER LLP    JS-6
  Andrew M. White (STATE BAR NO. 60181)
  Edward E. Weiman (STATE BAR NO. 193290)
  Hajir Ardebili (STATE BAR NO. 224624)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
awhite@whiteo.com
eweiman@whiteo.com
hardebili@whiteo.com

Attorneys for Plaintiff DIC I Corporation
d/b/a DIC Entertainment Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DIC I CORPORATION, a Delaware corporation d/b/a DIC ENTERTAINMENT CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>TROLL COMPANY A/S, a Denmark corporation,<br><br>       Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No.  CV 07-6907-VBF (JCx)<br><br>Hon. Valerie Baker Fairbank<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION OF DISMISSAL**<br><br>[*Stipulation of Dismissal with Prejudice filed concurrently herewith*]<br><br>Action Filed:   October 24, 2007 |

250510.1.doc

[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION OF DISMISSAL

1 | Pursuant to the Stipulation of Dismissal filed on March 19, 2010 by and through counsel of
2 | record in the above-captioned action, the above-entitled action, including all claims and
3 | counterclaims, is hereby dismissed in its entirety, against all parties, with prejudice.
4 | The Order to Show Cause set for March 22, 2010 is discharged.
5 | IT IS SO ORDERED.

8 | DATED: March 19, 2010

By *[signature: Valerie Baker Fairbank]*
Hon. Valerie Baker Fairbank
United States District Judge

250510.1.doc

1

[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION OF DISMISSAL